UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 00-2116-CIV-MORENO

FOSTER CHILDREN BONNIE L., by and
through her next friend Donald Hadsock, *et. al.*,

     Plaintiffs,

vs.

JEB BUSH, as Governor of the State of Florida,
*et. al.*,

     Defendants.

_____/



FILED by _____ D.C.

AUG 14 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER DENYING MOTION TO STRIKE

THIS CAUSE came before the Court upon Plaintiffs' Motion to Strike Defendants Improper

Duplicative July 26 Motions to Dismiss **(D.E. No. 342)**, filed on **August 9, 2001**.

THE COURT has considered the motion and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of August, 2001.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Karen Gievers, Esq.
**GIEVERS, P.A.**
524 East College Avenue, Suite 2
Tallahassee, FL 32301

Theodore Babbitt, Esq.
**BABBITT, JOHNSON & OSBORNE**
1801 Australian Avenue South
Suite 200
P.O. Drawer 024426
West Palm Beach, FL 33402-4426

Barbara C. Burch, Esq.
Bill Fraser, Esq.
Michelle Hankey, Esq.
423 Fern St., Ste. 300
West Palm Beach, FL 33401

Kevin S. Cannon, Esq.
P.O. Box 912
Orlando, FL 32802

William M. Chanfrau, Esq.
**CHANFRAU, CHANFRAU & BOUCH**
P.O. Box 265880
Daytona Beach, FL 32126

Jerold Feuer, Esq.
402 N.E. 36th St.
Miami, FL 33137

Rose Firestein, Esq.
Marcia Lowry, Esq.
**CHILDREN'S RIGHTS, INC.**
404 Park Avenue South, 11th Floor
New York, NY 10016

Robert Glenn, Esq.
**GLENN, RASMUSSEN**
P.O. Box 3333
Tampa, FL 33601

Leslie Goller, Esq.
Wayne Hogan, Esq.
**BROWN, TERRELL, HOGAN**
233 E. Bay St., Fl. 8
Jacksonville, FL 32202

Robert Kerrigan, Esq.
**KERRIGAN ESTES**
400 E. Government St.
Pensacola, FL 32501

Robert Montgomery, Esq.
**MONTGOMERY & LARMOYEUX**
1016 Clearwater Place
West Palm Beach, FL 33401

John B. Ostrow, Esq.
**LAW OFFICES OF JOHN B. OSTROW, P.A.**
Miami Center Bldg., Ste. 1380
201 S. Biscayne Blvd.
Miami, FL 33131

Bernard P. Perlmutter, Esq.
Carolyn Salisbury, Esq.
**UNIV. OF MIAMI LAW SCHOOL**
5915 Ponce de Leon Blvd. # 28
Coral Gables, FL 33146

Gregory A. Samms, Esq.
Ocean Optique Tower
2 NE 40th St., Ste. 201
Miami, FL 33137

Deborah Schroth, Esq.
**FLORIDA LEGAL SERVICES**
126 W. Adams St., Ste. 502
Jacksonville, FL 32202

Neil C. Spector, Esq.
1505 N. Florida Ave.
P.O. Box 800
Tampa, FL 33601

Susan Stockham, Esq.
2700 S. Tamiami Tr., Ste. 17
Sarasota, FL 34239

Greg Tynan, Esq.
P.O. Box 912
Orlando, FL 32802

Robert A. Vostrejs, Jr., Esq.
202 NE 2nd St.
P.O. Box 2530
Ocala, FL 34478

James Walsh, Esq.
John Walsh, Esq.
423 Fern Street, Ste. 200
West Palm Beach, FL 33401

Roy Wasson, Esq.
1320 S. Dixie Highway
Ste. 450, Gables One Tower
Miami, FL 33146

Dianne Weaver, Esq.
**KRUPNICK CAMPBELL**
700 SE 3rd Ave., Ste. 100
Ft. Lauderdale, FL 33316

Claudia Wright, Esq.
**GATOR TEAMCHILD**
**UNIVERSITY OF FLORIDA, LEVIN COLLEGE**
**OF LAW**
P.O. Box 117626
Ganiesville, FL 32611

Jay C. Howell, Esq.
2029 3rd St. North
Jacksonville Beach, FL 32250

Cynthia A. McNeely, Esq.
**WITH ARMS OPEN WIDE FOUNDATION**
525 E. College Ave.
Tallahassee, FL 32301

Of Counsel
Christina A. Zawisa, Esq.
John M. Ratliff, Esq.
3305 College Ave.
Ft. Lauderdale, FL 33314

Cecilia Bradley, AAG
**OFFICE OF THE ATTORNEY GENERAL**
The Capitol -PL01
Tallahassee, FL 32399-1050

Jason Vail, AAG
**OFFICE OF THE ATTORNEY GENERAL**
110 Southeast 6th Street
Tenth Floor
Fort Lauderdale, FL 33301-5000